# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

**Ginell D. Santos**

PO Box 1592

Cedar Rapids, Iowa 52406

(319) 391 - 0338

**RECEIVED**

JAN 3 1 2024

United States District Court
Northern District of Iowa

vs.

**Aspen Dental**

2315 Edgewood Road SW

Suite 160

Cedar Rapids, Iowa 52404

(319) 777 - 0241

**Jurisdiction of the Court**

The Court holds subject-matter jurisdiction and personal jurisdiction over this case.

1

First, pursuant to 28 U.S.C. § 1332, the federal court holds jurisdiction in all civil actions between citizens of different states and between a citizen of a state and a subject of a foreign state if the amount in controversy exceeds $75,000.

Since Ms. Santos (Plaintiff) was a resident of New Jersey at the time in which the cause of action occurred, diversity of citizenship is satisfied because Aspen Dental (Defendant) is based in Cedar Rapids, Iowa. In addition, Ms. Santos seeks damages well in excess of $75,000. As such, the two primary sources of subject matter jurisdiction have been met because diversity of citizenship between Ms. Santos and Aspen Dental exist; damages exceed $75,000. In conclusion, this case falls within the purview of this Court's jurisdiction.

Second, the Court may exercise personal jurisdiction over Plaintiff and Defendant based on their minimum contacts with the forum state of Iowa. For example, Ms. Santos has availed herself to appear in Court by returning to Cedar Rapids, Iowa where she temporarily resides. In addition, the cause of action happened in Cedar Rapids, Iowa. Furthermore, Aspen Dental has a substantial connection with the forum state of Iowa as it does business in Cedar Rapids and has a brick-and-mortar business in Cedar Rapids, Iowa

which evidences that Aspen Dental avails itself to being sued in the state of Iowa. That said, the Court may exercise personal jurisdiction over parties of this case.

**Cause of Action: Personal Injury**

Ms. Santos is suing Aspen Dental for personal injury caused as a result of bait-and-switch schemes, misrepresentation, billing overcharges for services never rendered, consumer protection violations, negligence, and violation of the Hippocratic Oath—designed to protect patients from unethical and illegal practices.

Ms. Santos seeks restitution for harm caused by conduct of Aspen Dental. Aspen Dental failed to adhere to industry standard of care which has resulted in permanent physical and emotional harm to Ms. Santos; Aspen Dental has violated Iowa Consumer State Protection laws by deceiving and cheating Ms. Santos of her money; Aspen Dental repeatedly and unethically evidenced bait-and-switch practices to earn a profit with no regard for the health and well-being of Ms. Santos; Aspen Dental took advantage of Ms. Santos by offering "free services and promotions" to appeal to her low-income status and urgent need for medical attention; Aspen Dental force-fed unintelligible

financial structures to bill Ms. Santos for services never performed; Aspen Dental deceived Ms. Santos into purchasing products and services that were never delivered; Aspen Dental misrepresented business records and medical records; Aspen Dental refused to acknowledge Ms. Santos as a patient.

Therefore, Ms. Santos seeks restitution for damages incurred as a result of the conduct of Aspen Dental.

Truly Yours,

*Ginell D. Santos*

Ginell D. Santos

January 31, 2024